

FILED
DEC 23 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| AMERICAN SALES COMPANY, LLC and ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., G.D. SEARLE LLC, and PFIZER ASIA PACIFIC PTE. LTD.,<br><br>Defendants. | *Direct Purchaser Actions*<br><br>Civil Action Nos.<br>2:14-cv-00361<br>2:14-cv-00396<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, WISCONSIN MASONS' HEALTH CARE FUND AND IRONWORKERS LOCAL 383 HEALTH CARE PLAN, AFSCME HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 49 HEALTH & WELFARE FUND, BARBARA STANLEY, A.F. OF L. – A.G.C. BUILDING TRADES WELFARE PLAN, INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL #6 HEALTH AND WELFARE FUND, and CENTRAL PENNSYLVANIA AND REGIONAL HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., G.D. SEARLE LLC, and PFIZER ASIA PACIFIC PTE. LTD.,<br><br>Defendants. | *End-Payor Actions*<br><br>Civil Action Nos.<br>2:14-cv-395<br>2:14-cv-369<br>2:14-cv-394<br>2:14-cv-418<br>2:14-cv-442<br>2:14-cv-452<br>2:14-cv-462<br>2:14-cv-464<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

[PROPOSED] AGREED ORDER

Upon this date, the Court having considered the Supplemental Joint Motion to Consolidate Cases and the supporting memorandum it is hereby

ORDERED THAT:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the two above-listed Direct Purchaser Actions centralized in this District and assigned to this Court, and subsequently-filed or transferred direct purchaser actions, are hereby consolidated for all purposes including trial.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the eight above-listed End-Payor Actions centralized in this District and assigned to this Court, and all subsequently-filed or transferred end-payor class actions, are hereby consolidated for all purposes, including trial.

3. *American Sales Company, LLC v. Pfizer, Inc. et al.*, Case No. 2:14-cv-361 shall be designated the lead direct purchaser case. A lead case file shall be established for the Direct Purchaser Actions and a docket sheet shall be maintained for that file which shall include all filings.

4. *United Food and Commercial Workers Union and Midwest Health Benefits Fund et al. v. Pfizer, Inc. et al*, Case No. 2:14-cv-395 shall be designated the lead end-payor case. A lead case file shall be established for the End-Payor Actions and a docket sheet shall be maintained for that file which shall include all filings.

5. Any new filings in, or transferred to, this Court that are related to the direct purchaser or end-payor actions shall be deemed consolidated unless an objection to consolidation is filed within 14 days of the filing or transfer of such complaint and the objection is sustained.

6. All filings related to the consolidated direct purchaser actions shall be filed in the docket for the lead direct purchaser action and shall bear the following caption:

| IN RE CELEBREX (CELECOXIB) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Direct Purchaser Actions | Lead Case No. 14-cv-361 |
|---|---|

7. All filings related to the consolidated end-payor actions shall be filed in the docket for the lead end-payor action and shall bear the following caption:

| IN RE CELEBREX (CELECOXIB) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>End-Payor Actions | Lead Case No. 14-cv-395 |
|---|---|

IT IS SO ORDERED.

Dated: ~~November~~ DECEMBER _____, 2014

Arenda L. Wright Allen
United States District Judge

_____
Arenda L. Wright Allen, District Judge
United States District Court
Eastern District of Virginia